**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAY 24 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, STATE OF TEXAS, *ex rel.* JANE DOE** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:21-CV-001574** |
| **v.** | § | **FILED UNDER SEAL** |
| **THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**MOTION TO FILE AMENDED COMPLAINT**
**IN CAMERA AND UNDER SEAL**

COMES NOW the Relator, by and through Counsel, and move this Honorable Court to order that the foregoing Third Amended Complaint be filed in camera and under seal. In support thereof, Relator states the following:

1. This Third Amended Complaint alleges claims arising under the Federal Civil False Claims Act ("FCA"), 31 U.S.C. §§3729, *et seq*., and the Texas Medicaid Fraud Prevention Act ("TMFPA"), Tex. Hum. Res. Code §§ 36.00, *et seq*.

2. The Third Amended Complaint asserts claims and allegations, pursuant to 31

U.S.C. §§3729, *et seq*., and Tex. Hum. Res. Code §§ 36.00, *et seq*., against new and additional Defendants. The new parties were not a part of the original case or amended complaints filed previously in this matter.

3. The FCA provides that a complaint may be filed against " any person" who violates the provisions of 31 U.S.C. §3729(a)(1)A)-(G). Also, the FCA states: "The Attorney General diligently shall investigate a violation under section 3729. If the Attorney General finds that a person violated or is violating section 3729., the Attorney General may bring a civil action under this section against the person." See § 3730 (a).

4. Further, the FCA states in pertinent part: "The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so order." 31 U.S.C. § 3730(b) (2).

5. Although the original action was unsealed as it relates to Defendant The University of Texas Science Center at Houston ("UT Health"), the FCA's statutory mandate requires that a complaint against the parties be filed under seal.

6. Consequently, in light of the FCA's statutory language set forth in § 3730 (a) and § 3730 (b)(2) the Relator submits this Moton to File the Third Amended Complaint under seal and hereby files the contemporaneously herewith. Under the FCA, the Attorney has the right and statutory obligation to investigate the claims against the newly added Defendants with the complaint and allegations against these parties sealed.

WHEREFORE, Plaintiff requests this Honorable Court to order Relator contemporaneously filed Third Amended Complaint to be filed in camera and under seal pursuant to the False Claims Act (FCA) 31 U.S.C. § 3729, § 3730, and § 3732.

Respectfully submitted,

kennard law PC

By: ____________________
Alfonso Kennard, Jr.
Attorney-in-Charge
Texas Bar No. 24036888
Southern District Bar No: 713316
5120 Woodway Dr. Suite 10010
Houston, TX 77056
(713)742-0900 (main)
(832)558-9412 (facsimile)
alfonso.kennard@kennardlaw.com

**ATTORNEY'S FOR RELATOR JANE DOE**

By: ____________________
Larry A. Golston (Admitted pro hac vice)
Leon Hampton, Jr. (Admitted pro hac vice)
Jessi M. Haynes (Admitted pro hac vice)
Attorneys for Plaintiff

OF COUNSEL:
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Larry.golston@beasleyallen.com
Leon.hampton@beasleyallen.com
Jessi.haynes@beasleyallen.com