UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF TEXAS, *ex rel*. PATRICIA MARIE CARROLL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4-21-cv-001574 |
| UT PHYSICIANS; MCKESSON CORPORATION; and CHANGE HEALTH CARE CORPORATION a/k/a CHANGE HEALTHCARE ENGAGEMENT SOLUTIONS, INC. | § § § § § § § | |
| Defendants. | § | |

## THE STATE OF TEXAS'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the Texas Health Care Program Fraud Prevention Act (THFPA), chapter 36 of the Texas Human Resources Code, the State of Texas (the "State") notifies the Court of its decision not to intervene in this action as to Relator's Third Amended Complaint (Dkt. 31). Tex. Hum. Res. Code § 36.104(a)(2).

Although the State declines to intervene, the State respectfully refers the Court to the provisions of the THFPA. Specifically, Tex. Hum. Res. Code § 36.104(b) provides that "[i]f the state declines to take over the action, the person bringing the action may proceed without the state's participation." The State requests that, should either relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court direct relator to first solicit and submit to the Court the written consent of the State before ruling or granting its approval of such a request. *See* Tex. Hum. Res. Code § 36.102(e).

The State also requests that relator and defendants serve all pleadings, motions, and

supporting memoranda filed in this action upon the State and that all orders issued by the Court be sent to the State by relator's counsel. Tex. Hum. Res. Code § 36.104(b-1).

The State reserves its right to order any deposition transcripts and to intervene in this action for good cause at a later date, pursuant to Tex. Hum. Res. Code § 36.104(b-1). The State also requests that it be served with all notices of appeal.

Finally, the State also reserves its right to seek the dismissal of relator's Texas action or claims. Tex. Hum. Res. Code § 36.107(b).

An order accompanies this notice.

Dated: November 22, 2024

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**AMY SNOW HILTON**
Chief, Healthcare Program Enforcement Division

/s/ Stephanie H. Lugo
Stephanie H. Lugo
State Bar No. 00793927
Assistant Attorneys General
Office of the Attorney General
Healthcare Program Enforcement Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 936-1415
Fax:    (512) 936-0674

stephanie.lugo@oag.texas.gov
**ATTORNEYS FOR THE STATE OF TEXAS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2024, a true and correct copy of the foregoing was served via the Court's ECF system to all counsel of record.

/s/ Stephanie H. Lugo
Stephanie H. Lugo
Assistant Attorney General