**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> STATE OF TEXAS, § <br> *ex rel.* PATRICIA MARIE CARROLL, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UT PHYSICIANS; MCKESSON § <br> CORPORATION; and CHANGE § <br> HEALTH CARE CORPORATION § <br> a/k/a CHANGE HEALTHCARE § <br> ENGAGEMENT SOLUTIONS, INC. § <br> § <br> Defendants. § | Case No. 4-21-cv-001574 |

## ORDER

The State of Texas (the "State"), having declined to intervene pursuant to Tex. Hum. Res. Code § 36.104(a)(2), with respect to the relator's *qui tam* claims as contained in the Third Amended Complaint (Dkt.31), the Court rules as follows:

IT IS ORDERED that:

1. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon counsel for the State;

2. The State may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's Texas action or claim;

3. The parties shall serve all notices of appeal upon counsel for the State;

4. All orders of this Court shall be served upon counsel for the State by the relator; and

5. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the relator must solicit the written consent of the State before applying for Court approval.

It is so ORDERED.

_____            _____
Date                                                                          The Honorable Alfred H. Bennett
                                                                                    United States District Judge