United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jane Doe, et al., § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action H-21-1574 |
| § | |
| The University of Texas Health § | |
| Science Center at Houston, et al., § | |
| *Defendants*. § | |

# ORDER

Pending before the court is an Advisory by Jane Doe. ECF No. 79. The Advisory states Plaintiff's Counsel Alfonso Kennard, Jr. is retiring. Alfonso Kennard, Jr. and Kennard Law, PC are terminated from the docket. Larry Golston shall be designated as lead counsel, and he and the Beasley Allen Law Firm shall continue to represent Plaintiff.

Signed at Houston, Texas, on September 15, 2025.

_____
Peter Bray
United States Magistrate Judge