THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF TEXAS, ex rel. PATRICIA MARIE CARROLL,<br><br>Plaintiffs,<br><br>v.<br><br>UT PHYSICIANS; MCKESSON CORPORATION; and CHANGE HEALTHCARE CORPORATION a/k/a CHANGE HEALTHCARE ENGAGEMENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 4:21-cv-001574 |

**EXHIBIT LIST**
**FOR DEFENDANT UT PHYSICIANS' MOTION TO DISMISS**
<u>**PURSUANT TO FEDERL RULE 12(b)(1)**</u>

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Meeting No. 876: The Minutes of the Board of Regents of The University of Texas System, dated April 14, 1994 |
| 2 | Articles of Incorporation of University Care Plus and related Amendment |
| 3 | Board of Regents Rules (all Rules available at https://www.utsystem.edu/offices/board-of-regents/regents-rules-and-regulations) |
| 4 | Financial Statements and Independent Auditors' Report for the Years Ended August 31, 2024 and 2023 |
| 5 | Financial Statements and Independent Auditors' Report for the Years Ended August 31, 2023 |
| 6 | Financial Statements and Independent Auditors' Report for the Years Ended August 31, 2022 |

| Exhibit No. | Exhibit Description |
|---|---|
| 7 | Financial Statements and Independent Auditors' Report for the Years Ended August 31, 2021 and 2020 |
| 8 | UTP and UTHealth Management Agreement and related Amendments |
| 9 | Deposition of Michael N. Tramonte, Senior Vice President for Finance and Business Services and Chief Financial Officer, dated October 27, 2025 |
| 10 | The University of Texas System Consolidated Financial Statements for the Years Ended August 31, 2024 and 2023 and Independent Auditor's Report |
| 11 | Assignment and Assumption Agreement |
| 12 | Amended and Restated Bylaws of the University of Texas Health Science Center at Houston Medical Service Research and Development Plan (MSRDP) Practice Plan |
| 13 | Bylaws of U.T. Physicians |
| 14 | Delegation of Authority Matrix |
| 15 | HHS Settlement |
| 16 | IRS Exemption Letter to U.T. Physicians |
| 17 | Declaration of Michael N. Tramonte, Senior Vice President for Finance and Business Services and Chief Financial Officer |

Dated: December 19, 2025

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ B. Scott McBride*
B. Scott McBride
State Bar No. 24002554
*scott.mcbride@morganlewis.com*
John Petrelli
State Bar No. 24056125
*john.petrelli@morganlewis.com*
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

*Attorneys for Defendant UT Physicians*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record for all parties via the Court's CM/ECF filing system on this December 19, 2025.

>  */s/ B. Scott McBride*
>  B. Scott McBride