# Exhibit 4

**U. T. Physicians**
**(a component unit of The University of Texas System)**

Financial Statements
and Independent Auditors' Report
for the years ended August 31, 2024 and 2023

**U. T. Physicians**

Table of Contents _____

|  | Page |
|---|---|
| **Independent Auditors' Report** | 1 |
| **Management's Discussion and Analysis (unaudited)** | 3 |
| **Basic Financial Statements:** | |
| Statements of Net Position as of August 31, 2024 and 2023 | 12 |
| Statements of Revenue, Expenses and Changes in Net Position for the years ended August 31, 2024 and 2023 | 13 |
| Statements of Cash Flows for the years ended August 31, 2024 and 2023 | 14 |
| Notes to Financial Statements for the years ended August 31, 2024 and 2023 | 15 |



**Blazek & Vetterling** | CERTIFIED PUBLIC ACCOUNTANTS

Independent Auditors' Report

To the Board of Directors of
    U. T. Physicians:

**Report on the Audit of the Financial Statements**

*Opinion*

We have audited the financial statements of the business-type activities of U. T. Physicians (a component unit of The University of Texas System), as of and for the years ended August 31, 2024 and 2023, and the related notes to the financial statements, which collectively comprise U. T. Physicians' basic financial statements as listed in the table of contents.

In our opinion, the accompanying financial statements referred to above present fairly, in all material respects, the respective financial position of the business-type activities of U. T. Physicians as of August 31, 2024 and 2023, and the respective changes in financial position and, where applicable cash flows thereof for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Basis for Opinion*

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Financial Statements* section of our report. We are required to be independent of U. T. Physicians and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Responsibilities of Management for the Financial Statements*

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about U. T. Physicians' ability to continue as a going concern for twelve months beyond the financial statement date, including any currently known information that may raise substantial doubt shortly thereafter.

*Auditors' Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that

CONFIDENTIAL

UTP000603

includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with generally accepted auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of U. T. Physicians' internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about U. T. Physicians' ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control related matters that we identified during the audit.

### *Required Supplementary Information*

Accounting principles generally accepted in the United States of America require that management's discussion and analysis on pages 3-11 be presented to supplement the basic financial statements. Such information is the responsibility of management and, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Blazek & Vetterling*

February 13, 2025

CONFIDENTIAL    UTP000604

**U. T. Physicians**
**(a component unit of The University of Texas System)**
**Management's Discussion and Analysis**
**For the year ended August 31, 2024**
**(unaudited)**

The following discussion and analysis of U. T. Physicians' (UTP) financial performance provides an overview of the financial activities for the year ended August 31, 2024. This discussion and analysis should be read in conjunction with UTP's financial statements, which follow this section.

**Financial Highlights for the year ended August 31, 2024:**

- In fiscal year 2024, the $77.8 million Network Access Improvement Program (NAIP) reserve was transferred to The University of Texas Health Science Center at Houston (UTHealth) to consolidate the reserves established for the NAIP/Uncompensated Care contingent liability. This action was taken because any future recoupment deemed probable would be remitted via UTHealth.
- Due to other opportunities for growth and partnership with SCA Health, the UTP ownership in the joint venture TMC Holding Company was sold in December 2023. UTHealth is now a participating member of UTHealth Houston Ambulatory Surgery Center, LLC, which is a joint venture entered into by UTHealth and SCA-UTH Holdings, LLC. This new joint venture will allow expansion of various surgery centers into outlying areas to support UTP.
- In August 2024, The Board of Regents of The University of Texas System, for the benefit of The University of Texas Health Science Center at Houston, purchased the Bellaire Station, located at 6500 West Loop South in Bellaire, Texas. At the time of this purchase, UTP leased the first and second floors. UTP plans to expand and use the third floor for additional UTP outpatient clinics. The fifth floor will house a surgical center with nineteen surgical rooms. This surgical center will be part of the UTHealth Houston Ambulatory Surgery Center, LLC mentioned above.

**Financial Highlights for the year ended August 31, 2023:**

- During fiscal year 2023, UTP's premium revenue decreased $87.5 million with a corresponding decrease in operating expenses of $52.6 million primarily related to the termination of the NAIP program. However, with the start of the new program, Texas Incentives for Physicians and Professional Services (TIPPS), there was an increase in management fee revenue and operating expenses of $7.7 million. Premium revenue for TIPPS is recognized by UTHealth rather than UTP, unlike NAIP, and the majority of expenses reside with UTHealth rather than UTP.

**Overview of the Financial Statements**

This discussion and analysis is intended to serve as an introduction to UTP's basic financial statements. The notes to the financial statements provide additional information that is essential to a full understanding of the data provided in the basic financial statements.

UTP reports its activities utilizing an enterprise fund, and as such, accounts for its operations similar to businesses in the private sector. The financial statements are reported on a full-accrual, economic-resources basis, which recognizes all long-term assets and receivables, as well as long-term debt and obligations. The statement of net position includes all of UTP's assets and liabilities and provides

– 3 –

CONFIDENTIAL                                                                                                                UTP000605

information about the nature and amounts of investments in resources (assets) and the obligations to UTP's creditors (liabilities).  It also provides the basis for computing rate of return, evaluating the capital structure of UTP, and assessing UTP's liquidity and financial flexibility.  The statement of revenue, expenses and changes in net position measures improvements in UTP's operations and can be used to determine whether UTP has been able to recover all of its costs through its management and other revenue sources.  The final required financial statement is the statement of cash flows.  The primary purpose of this statement is to provide information about UTP's cash flows from operating, investing, and financing activities and to provide answers to such questions as where did cash come from, what was cash used for, and what was the change in the cash balance during the reporting period.

**Financial Analysis**

The statement of net position and statement of revenue, expenses and changes in net position report information about UTP's activities.  These two statements report the net position and changes in net position of UTP.  Increases or decreases in UTP's net position are one indicator of whether its financial health is improving or deteriorating.

**Condensed Financial Analysis**

*Condensed Statements of Net Position:*

| | TOTAL 2024 | TOTAL 2023 | DOLLAR CHANGE | PERCENTAGE CHANGE |
|---|---|---|---|---|
| Assets: | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $  82,937,555 | $ 106,735,571 | $ (23,798,016) | (22.3)% |
| Other current assets | 25,433,580 | 68,391,648 | (42,958,068) | (62.8)% |
| Total current assets | 108,371,135 | 175,127,219 | (66,756,084) | (38.1)% |
| Investments in joint ventures | 579,757 | 744,632 | (164,875) | (22.1)% |
| Other long-term assets | 380,755 | 380,755 | | 0.0% |
| Capital assets, net of depreciation and amortization | 164,352,072 | 180,509,433 | (16,157,361) | (9.0)% |
| Total assets | $ 273,683,719 | $ 356,762,039 | $ (83,078,320) | (23.3)% |
| Liabilities: | | | | |
| Current liabilities | $  76,397,494 | $  74,919,756 | $    1,477,738 | 2.0% |
| Accrued expenses, long-term portion | 1,810,637 | | 1,810,637 | 100.0% |
| Lease and subscription IT liabilities, long-term portion | 110,524,131 | 122,927,690 | (12,403,559) | (10.1)% |
| NAIP reserve | | 77,766,354 | (77,766,354) | (100.0)% |
| Total liabilities | 188,732,262 | 275,613,800 | (86,881,538) | (31.5)% |
| Net position: | | | | |
| Unrestricted | 55,457,327 | 45,080,179 | 10,377,148 | 23.0% |
| Investment in capital assets, net of related debt | 29,494,130 | 36,068,060 | (6,573,930) | (18.2)% |
| Total net position | 84,951,457 | 81,148,239 | 3,803,218 | 4.7% |
| Total liabilities and net position | $ 273,683,719 | $ 356,762,039 | $ (83,078,320) | (23.3)% |

– 4 –

UTP's total current assets decreased $66.8 million, or 38.1%, from $175.1 million at August 31, 2023 to $108.4 million at August 31, 2024. Cash and cash equivalents decreased $23.8 million while investments decreased $43.0 million mainly due to the transfer of NAIP reserve funds to UTHealth as mentioned in the financial highlights. Overall, UTP reported net cash used by operating activities of $52.6 million, $6.7 million of investment return, proceeds of $50.5 million from distributions from investments, offset by $3.3 million for capital additions, $23.2 million in principal payments on leases, and $1.9 million of investment purchases.

Long-term assets decreased $16.3 million, or 9.0%, from $181.6 million at August 31, 2023 to $165.3 million at August 31, 2024 primarily as a result of a $16.2 million decrease in capital assets. Depreciable capital assets decreased $4.3 million as a result of capital additions of $3.3 million, offset by depreciation expense of $7.4 million and net disposals of $0.2 million. GASB 87, *Leases*, decreased $10.6 million related to a $13.6 million increase in leased building assets, offset by an $0.3 million reduction in building leases and an increase in total amortization expense of $23.9 million. GASB 96, *Subscription-Based Information Technology Arrangements* (SBITAs), decreased by $1.4 million due to amortization expense. The remainder of the decrease in long-term assets was due to selling the ownership in the joint venture TMC Holding Company.

Current liabilities increased $1.5 million, or 2.0%, from $74.9 million at August 31, 2023 to $76.4 million at August 31, 2024. The significant factors for this increase are as follows:

- Accrued lease termination increased $1.4 million related to the closure of the Orthopaedic Williams Trace clinic for the current portion of the remaining lease term and property taxes.
- Current lease obligations increased $2.8 million in fiscal year 2024 related to the addition of the current portion of new building GASB 87, *Leases*.
- Deferred revenue increased $1.0 million for funds received from UTHealth related to the Bellaire Station to cover future renovation costs.
- Accounts payable to UTHealth decreased by $1.0 million. This change is a result of (a) an increase of $2.1 million in amounts due to UTHealth in patient collections to be remitted as a result of an increase in collections fiscal year over fiscal year and the timing of payment processing at the end of August 2024 compared to August 2023; (b) a $3.7 million increase in the accrued management fee due to UTP from UTHealth for August expenses mainly related to funding for renovations and capital leases; (c) an increase of $0.9 million in general payables due to UTHealth related to HTI revenue now recognized on UTHealth's books rather than UTP's books; and (d) $0.3 million decrease in payments incorrectly paid to UTP that belong to UTHealth.
- All other current liabilities decreased by $2.7 million mainly due to the timing of processing of invoices at fiscal year end and a $0.7 million decrease in the Chase Bank overdraft balance.

Long-term liabilities decreased by $88.4 million, or 44.0%, from $200.7 million at August 31, 2023 to $112.3 million at August 31, 2024. This decrease is a result of the following:

- The $77.8 million NAIP reserve was eliminated in fiscal year 2024 due to transferring the funds to UTHealth to consolidate with the uncompensated care reserve as mentioned in the financial highlights.
- Long-term lease liabilities decreased $12.4 million from a decrease of $11.1 million related GASB 87, Leases, mainly due to payments of $22.3 million offset by new leases of $10.5 million. Additionally, GASB 96, SBITAs, lease liabilities decreased $1.3 million in fiscal year 2024 related to payments of SBITA obligations. There were no new SBITAs.
- The long-term portion of the accrued lease termination related to the closure of the Orthopaedic Willams Trace clinic resulted in an increase of $1.8 million.

CONFIDENTIAL                                                                                     UTP000607

UTP's net position increased $3.8 million, or 4.7%, from $81.1 million at August 31, 2023 to $85.0 million at August 31, 2024.

*Condensed Statements of Net Position:*

| | TOTAL<br>2023 | TOTAL<br>2022 | DOLLAR<br>CHANGE | PERCENTAGE<br>CHANGE |
|---|---|---|---|---|
| **Assets:** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ 106,735,571 | $ 88,035,190 | $ 18,700,381 | 21.2% |
| Other current assets | 68,391,648 | 93,486,908 | (25,095,260) | (26.8)% |
| Total current assets | 175,127,219 | 181,522,098 | (6,394,879) | (3.5)% |
| Investments in joint ventures | 744,632 | 893,835 | (149,203) | (16.7)% |
| Other long-term assets | 380,755 | 380,755 | | 0.0% |
| Capital assets, net of depreciation and amortization | 180,509,433 | 192,646,281 | (12,136,848) | 6.3% |
| Total assets | $ 356,762,039 | $ 375,442,969 | $ (18,680,930) | 5.0% |
| | | | | |
| **Liabilities:** | | | | |
| Current liabilities | $ 74,919,756 | $ 76,724,895 | $ (1,805,139) | (2.4)% |
| Lease and subscription IT liabilities, long-term portion | 122,927,690 | 141,699,129 | (18,771,439) | (13.2)% |
| NAIP reserve | 77,766,354 | 77,766,354 | | 0.0% |
| Total liabilities | 275,613,800 | 296,190,378 | (20,576,578) | (6.9)% |
| | | | | |
| **Net position:** | | | | |
| Unrestricted | 45,080,179 | 47,312,818 | (2,232,639) | (4.7)% |
| Investment in capital assets, net of related debt | 36,068,060 | 31,939,773 | 4,128,287 | 12.9% |
| Total net position | 81,148,239 | 79,252,591 | 1,895,648 | 2.4% |
| Total liabilities and net position | $ 356,762,039 | $ 375,442,969 | $ (18,680,930) | (5.0)% |

UTP's total current assets decreased $6.4 million, or 3.5%, from $181.5 million at August 31, 2022 to $175.1 million at August 31, 2023.  The significant factors for this decrease are cash and cash equivalents increasing $18.7 million while investments decreased $21.3 million due to transfers from investments to The University of Texas System Short-Term Fund included in cash to benefit from higher short-term yields.  NAIP receivables also decreased $4.3 million due to the termination of the program at the end of fiscal year 2022.  The increase in cash resulted from net cash provided by operating activities of $31.6 million, $5.6 million of investment return, proceeds of $25.8 million from distributions from investments, offset by $16.8 million for capital additions, $24.9 million in principal payments on leases, and $2.6 million of investment purchases.

Long-term assets decreased $12.3 million, or 6.3%, from $193.9 million at August 31, 2022 to $181.6 million at August 31, 2023 primarily as a result of a $12.1 million decrease in capital assets. Depreciable capital assets increased $9.4 million as a result of capital additions of $16.3 million, offset by depreciation expense of $6.5 million and net disposals of $0.4 million.  As a result of adopting, GASB 96, SBITAs, $3.8 million of net SBITAs were recognized.  SBITAs require all covered or governmental entities to record a right-to-use subscription intangible asset and corresponding subscription liability in fiscal year 2023.  Lease assets decreased $25.9 million related to $3.7 million in additions of lease assets, offset by amortization expense of $25.0 million and net disposals of $4.6 million.

– 6 –

UTP000608

Current liabilities decreased $1.8 million, or 2.3%, from $76.7 million at August 31, 2022 to $74.9 million at August 31, 2023. The significant factors for this decrease are as follows:

- Current lease obligations increased $1.4 million in fiscal year 2023 due to the adoption of GASB 96, SBITAs, while current lease obligations decreased $0.1 million in fiscal year 2023 related to payments of GASB 87, Leases, liabilities.

- Accounts payable to UTHealth decreased by $6.3 million. This change is a result of (a) a decrease of $5.7 million owed to UTHealth at fiscal yearend 2022 due to the receipt of revenue related to TIPPS. This revenue has been assigned to UTHealth via a memorandum of understanding and due to the timing of the payment received in fiscal year 2022, UTP had not remitted to UTHealth at August 31, 2022; (b) a decrease of $1.3 million in amounts due to UTHealth in patient collections to be remitted as a result of the timing of payment processing at the end of August 2023 compared to August 2022; (c) a $1.8 million decrease in the accrued management fee due to UTP from UTHealth for August expenses; (d) a $2.3 million decrease in payables in fiscal year end for NAIP expenses reimbursable by UTP to UTHealth because the program ended in fiscal year 2022; and (e) a $1.2 million increase in payments incorrectly paid to UTP that belong to UTHealth.

- All other current liabilities increased by $3.5 million mainly due to a $1.7 million increase related to the timing of the processing of fiscal year end invoices and a $1.6 million increase in the Chase Bank overdraft balance.

Long-term liabilities decreased by $18.8 million, or 8.6%, from $219.5 million at August 31, 2022 to $200.7 million at August 31, 2023. This decrease is a result of the following:

- Lease liabilities decreased $20.9 million related to payments of $22.3 million on lease liabilities, disposals of $6.0 million, offset by additions of leases of $7.1 million.

- SBITAs lease liabilities increased $3.5 million related to the adoption of GASB 96, SBITAs, during fiscal year 2023.

UTP's net position increased $1.9 million, or 2.4%, from $79.2 million at August 31, 2022 to $81.1 million at August 31, 2023.

There was no change in the NAIP reserve as the final settlement of the program has not occurred.

*Condensed Statements of Revenue, Expenses and Changes in Net Position:*

| | TOTAL 2024 | TOTAL 2023 | DOLLAR CHANGE | PERCENTAGE CHANGE |
|---|---|---|---|---|
| Operating revenue: | | | | |
| Management fee | $ 100,757,624 | $ 102,611,964 | $ (1,854,340) | (1.8)% |
| Premium revenue, net | | 293,273 | (293,273) | (100.0)% |
| Other operating revenue | 16,018,934 | 8,914,913 | 7,104,021 | 79.7% |
| Total operating revenue | 116,776,558 | 111,820,150 | 4,956,408 | 4.4% |
| Operating expenses | 125,678,684 | 117,464,975 | 8,213,709 | 7.0% |
| Net operating loss | (8,902,126) | (5,644,825) | (3,257,301) | (57.7)% |
| Non-operating revenue: | | | | |
| Net gain in joint ventures | 471,753 | 656,348 | (184,595) | (28.1)% |
| Investment return | 12,233,591 | 6,884,125 | 5,349,466 | 77.7% |
| Total non-operating revenue | 12,705,344 | 7,540,473 | 5,164,871 | 68.5% |
| CHANGES IN NET POSITION | 3,803,218 | 1,895,648 | 1,907,570 | 100.6% |
| Net position, beginning of year | 81,148,239 | 79,252,591 | 1,895,648 | 2.4% |
| Net position, end of year | $ 84,951,457 | $ 81,148,239 | $ 3,803,218 | 4.7% |

CONFIDENTIAL

Operating revenue increased $5.0 million, or 4.4%, from $111.8 million in fiscal year 2023 to $116.8 million in fiscal year 2024. This increase is due to the following:

- Due to the termination of the NAIP program in fiscal year 2022, no related net premium revenue was recognized in fiscal year 2024 compared to $0.3 million recognized in fiscal year 2023.
- Management fees decreased $1.8 million, or 1.8%, from $102.6 million in fiscal year 2023 to $100.8 million in fiscal year 2024 mainly due to a reduction in renovation projects and other capital expenditures.

Other operating revenue increased $7.1 million, or 79.7%, from $8.9 in fiscal year 2023 to $16.0 million in fiscal year 2024. This was a result of a $3.9 million increase in Pedi High Risk contractual revenue, due to programs that started at the end of fiscal year 2023, a $2.6 million increase in Neurosurgery Infusion revenue due the change in reporting under UTP rather than UTHealth, and a $0.9 million increase in Infusion revenue in Internal Medicine due to volume increases. Approximately $0.6 million in insurance proceeds was recorded in fiscal year 2024 related to damages incurred at one clinic location. This was offset by a $0.7 million decrease in HTI incentive revenue due to a change to report this under UTHealth rather than UTP beginning in fiscal year 2024.

The significant factors for the $8.2 million increase in expenses from $117.5 million in fiscal year 2023 to $125.7 million in fiscal year 2024 are as follows:

- Office supplies and equipment increased $2.7 million, or 105.3% from $2.6 million in fiscal year 2023 to $5.3 million in fiscal year 2024. This increase was primarily due to the decrease of the general accounts payable accrual by $1.3 million in fiscal year 2023 as a result of the implementation of Coupa, which reduced the invoicing and payment processing time. In fiscal year 2024, the general accounts payable accrual increased by $0.9 million. The remaining $0.6 million increase mainly occurred in noncapitalizable furnishings and equipment as well as computer equipment.
- Professional fees and other contracted services decreased $1.1 million, or 6.1%, from $18.2 million in fiscal year 2023 to $17.1 million in fiscal year 2024. The majority of this decrease is attributed to the implementation fees for the Cheers project, a customer relationship management module in Epic, totaling $1.3 million in 2023. However, these fees were not incurred in fiscal year 2024 due to the transfer of these programs to UTHealth per the executed contract.
- Pharmaceuticals and medical supplies increased $2.4 million, or 7.9%, from $30.4 million in fiscal year 2023 to $32.7 million in fiscal year 2024. There was an increase totaling $1.4 million in the obstetrical clinic costs due to increased patient volume and drug costs and a $1.2 million increase in Internal Medicine Infusion drug costs. An additional $0.4 million was related to an increase in patient volume in the Ophthalmology clinic. The remaining increase totaling $0.6 million was combined from all other departments. This was offset by a decrease of $1.2 million related to the Neurosciences' Infusion Center closure in July 2024 due to the declining patient volume since the beginning in fiscal year 2024.
- Occupancy increased by $3.5 million, or 8.5%, from $41.7 million in fiscal year 2023 to $45.2 million in fiscal year 2024. The increase was primarily due to a $3.8 million increase for rental rate increases and new leases offset by $1.6 million reduction in amortization.
- Software decreased $0.9 million, or 26.0%, from $3.3 million in fiscal year 2023 to $2.5 million in fiscal year 2024. The decrease is primarily related to the $1.7 million associated with Epic hosting fees realized only in fiscal year 2023.
- Depreciation increased by $0.9 million, or 14.6%, from $6.5 million in fiscal year 2023 to $7.4 million in fiscal year 2024. The increase is from increased depreciation from $3.3 million and $16.3 million in capital additions in fiscal year 2024 and 2023, respectively.
- All other expense categories had minimal fluctuations from fiscal year 2023 to 2024.

– 8 –

UTP000610

*Condensed Statements of Revenue, Expenses and Changes in Net Position:*

| | TOTAL 2023 | TOTAL 2022 | DOLLAR CHANGE | PERCENTAGE CHANGE |
|---|---|---|---|---|
| **Operating revenue:** | | | | |
| Management fee | $ 102,611,964 | $ 92,191,303 | $ 10,420,661 | 11.3% |
| Premium revenue, net | 293,273 | 87,767,915 | (87,474,642) | (99.7)% |
| Other operating revenue | 8,914,913 | 8,418,816 | 496,097 | 5.9% |
| Total operating revenue | 111,820,150 | 188,378,034 | (76,557,884) | (40.6)% |
| Operating expenses | 117,464,975 | 170,045,607 | (52,580,632) | (30.9)% |
| Net operating income (loss) | (5,644,825) | 18,332,427 | (23,977,252) | (130.8)% |
| **Non-operating revenue:** | | | | |
| Net gain in joint ventures | 656,348 | 370,910 | 285,438 | 77.0% |
| Investment return | 6,884,125 | (6,961,296) | 13,845,421 | 198.9% |
| Total non-operating revenue | 7,540,473 | (6,590,386) | 14,130,859 | (214.4)% |
| CHANGES IN NET POSITION | 1,895,648 | 11,742,041 | (9,846,393) | (83.9)% |
| Net position, beginning of year, as originally reported | | 68,826,011 | | (100.0)% |
| Prior period adjustment due to change in accounting principle | | (1,315,461) | | 100.0% |
| Net position, beginning of year, as restated | 79,252,591 | 67,510,550 | 11,742,041 | 17.4% |
| Net position, end of year | $ 81,148,239 | $ 79,252,591 | $ 1,895,648 | 2.4% |

Operating revenue decreased $76.6 million, or 40.6%, from $188.4 million in fiscal year 2022 to $111.8 million in fiscal year 2023. This decrease is due to the following:

- Only $0.3 million in net premium revenue was recognized in fiscal year 2023 under the NAIP agreements compared to $87.8 million recognized in fiscal year 2022 because the related contracts ended in fiscal year 2022. The result is a decrease in related revenue of $87.5 million.
- Management fees increased $10.4 million, or 11.3%, from $92.2 million in fiscal year 2022 to $102.6 million in fiscal year 2023 mainly due to some previous central and outreach expenses being moved to applicable clinical departments, the opening of new clinics, and the new TIPPS program where UTHealth reimburses UTP for applicable operating expenses.
- Other operating revenue increased $0.5 million, or 5.9%, from $8.4 million in fiscal year 2022 to $8.9 million in fiscal year 2023. This was a result of a $0.2 million increase in Infusion revenue in Internal Medicine and an increase of $0.9 million in HTI bonus/incentive revenue related to new provider incentive programs, offset by a decrease of $0.2 million of contractual revenue related to COVID-19 services provided and $0.4 million in Core related vendor incentive payments.

The significant factors for the $52.6 million decrease in expenses from $170.0 million in fiscal year 2022 to $117.5 million in fiscal year 2023 are as follows:

- Pharmaceuticals and medical supplies increased $1.8 million, or 6.2%, from $28.6 million in fiscal year 2022 to $30.4 million in fiscal year 2023. Of this increase, $0.6 million is related to an increase in Neurosciences' Infusion drug costs. The community-based clinics had a $0.5 million increase in fiscal year 2023 due to higher pricing of medications along with increased patient volume. There was an increase of $0.5 million in the obstetrical clinics costs due to increased patient volume and pharmaceutical purchases. The remaining $0.2 million increase was from all other departments combined.

– 9 –

UTP000611

- Employee costs decreased $29.2 million, or 99.7%, from $29.3 million in fiscal year 2022 to $0.1 million in fiscal year 2023. A decrease of $27.7 million is related to the termination of the NAIP program at the end of fiscal year 2022. The remaining $1.5 million decrease is mainly due to transferring temporary employment agency contracts from UTP to UTHealth in 2022.
- The UTHealth support services fee decreased $27.3 million, or 87.5%, from $31.1 million in fiscal year 2022 to $3.8 million in fiscal year 2023. In fiscal year 2022, UTHealth's support services fee provided for a fixed payment for services, as well as a payment of 30.0% of the net revenue received under the NAIP contracts as payment for administrative services provided by UTHealth. The total amount recognized in fiscal year 2022 under this agreement was $31.2 million. In fiscal year 2023, this amount decreased to $3.9 million. Due to the conclusion of the NAIP program in fiscal year 2022, no such payment of 30.0% of the net revenue was made to UTHealth for administrative services.
- Depreciation increased by $1.4 million, or 26.2%, from $5.1 million in fiscal year 2022 to $6.5 million in fiscal year 2023. The increase is mainly due to additional depreciation for the AT&T building leasehold improvement that was completed near the end of fiscal year 2022.
- Interest increased to $2.1 million, or 31.2%, in fiscal year 2023 from $1.6 million in fiscal year 2022. The majority was due to the increase in capital lease interest expense. Less than $0.1 million of the increase was related to the implementation of GASB 96, SBITAs.
- All other expense categories had minimal fluctuations from fiscal year 2023 to 2022.

*Condensed Capital Assets:*

|  | 2024 | 2023 |
|---|---|---|
| Depreciable and amortizable capital assets: |  |  |
| Lease assets – land, building and office equipment | $ 187,697,942 | $ 186,655,707 |
| Subscription-based IT assets | 5,787,685 | 5,787,685 |
| Leasehold improvements | 39,510,145 | 41,940,836 |
| Furniture and equipment | 27,034,428 | 26,294,614 |
| Computer software | 7,333,884 | 7,979,845 |
| Total depreciable and amortizable capital assets | 267,364,084 | 268,658,687 |
| Less:  Accumulated depreciation | (33,550,433) | (31,554,305) |
| Less:  Accumulated amortization | (70,154,890) | (57,128,184) |
| Total capital assets, net | 163,658,761 | 179,976,198 |
| Non-depreciable capital assets: |  |  |
| Construction in progress | 693,311 | 533,235 |
| Capital assets, net | $ 164,352,072 | $ 180,509,433 |

**Fiscal 2024**

Capital assets decreased $16.2 million, or 8.9%, from $180.5 million at August 31, 2023 to $164.3 million at August 31, 2024.  The reduction in capital assets includes depreciation and amortization expense of $32.7 million, net of disposals of $.5 million and additions of $17.1 million.

CONFIDENTIAL

*Condensed Capital Assets:*

|  | 2023 | 2022 |
|---|---|---|
| Depreciable and amortizable capital assets: | | |
| Lease assets – land, building and office equipment | $ 186,655,707 | $ 195,211,677 |
| Subscription-based IT assets | 5,787,685 | |
| Leasehold improvements | 41,940,836 | 31,153,335 |
| Furniture and equipment | 26,294,614 | 22,985,889 |
| Computer software | 7,979,845 | 8,267,999 |
| Total depreciable and amortizable capital assets | 268,658,687 | 257,618,900 |
| Less:  Accumulated depreciation | (31,554,305) | (27,186,772) |
| Less:  Accumulated amortization | (57,128,184) | (37,796,175) |
| Total capital assets, net | 179,976,198 | 192,635,953 |
| Non-depreciable capital assets: | | |
| Construction in progress | 533,235 | 10,328 |
| Capital assets, net | $ 180,509,433 | $ 192,646,281 |

**Fiscal 2023**

Capital assets decreased $12.1 million, or 6.3%, from $192.6 million at August 31, 2022 to $180.5 million at August 31, 2023. The reduction in capital assets includes depreciation and amortization expense of $33.4 million, net of disposals of $6.0 million, offset by a $5.8 million increase in right-to-use assets due to the fiscal year 2023 adoption of GASB 96, SBITAs, and an increase of $20.0 million in other acquired capital assets and leased assets.

**Notes to Financial Statements**

The reader is referred to the notes to the financial statements for a more complete understanding of the financial statements of UTP.  They contain a summary of the significant accounting policies as well as other information.

**Contacting UTP's Financial Management**

The financial report is designed to discuss issues that may be material to the operation of UTP.  Questions concerning any of the information provided in this report or requests for additional information should be addressed to U. T. Physicians, 7000 Fannin Street, Suite 860, Houston, Texas, 77030.

CONFIDENTIAL                                                                                   UTP000613

## U. T. Physicians

Statements of Net Position as of August 31, 2024 and 2023

|  | 2024 | 2023 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents *(Note 4)* | $  82,937,555 | $ 106,735,571 |
| Prepaid expenses and other assets | 2,659,669 | 2,973,018 |
| Investments, current *(Note 4)* | 22,773,911 | 65,418,630 |
| Total current assets | 108,371,135 | 175,127,219 |
| Investments in joint ventures *(Note 5)* | 579,757 | 744,632 |
| Other long-term assets | 380,755 | 380,755 |
| Capital assets, net *(Note 6)* | 164,352,072 | 180,509,433 |
| TOTAL ASSETS | $ 273,683,719 | $ 356,762,039 |
| **LIABILITIES AND NET POSITION** | | |
| Current liabilities: | | |
| Accounts payable to UTHealth *(Note 9)* | $  41,141,174 | $  42,135,440 |
| Accounts payable | 8,582,723 | 11,270,633 |
| Accrued lease termination | 1,357,977 | |
| Deferred revenue | 981,809 | |
| Lease and subscription-based IT liabilities, current portion *(Note 7)* | 24,333,811 | 21,513,683 |
| Total current liabilities | 76,397,494 | 74,919,756 |
| Accrued lease termination, long-term portion | 1,810,637 | |
| NAIP Reserve | | 77,766,354 |
| Lease and subscription-based IT liabilities, long-term portion *(Note 7)* | 110,524,131 | 122,927,690 |
| TOTAL LIABILITIES | 188,732,262 | 275,613,800 |
| Commitments and contingencies *(Notes 5 and 8)* | | |
| Net position: | | |
| Unrestricted | 55,457,327 | 45,080,179 |
| Net investment in capital assets | 29,494,130 | 36,068,060 |
| TOTAL NET POSITION | 84,951,457 | 81,148,239 |
| TOTAL LIABILITIES AND NET POSITION | $ 273,683,719 | $ 356,762,039 |

*See accompanying notes to financial statements.*

CONFIDENTIAL                                                                                                        UTP000614

**U. T. Physicians**

Statements of Revenue, Expenses and Changes in Net Position for the years ended August 31, 2024 and 2023

|  | 2024 | 2023 |
|---|---|---|
| OPERATING REVENUE: | | |
| Management fee *(Note 9)* | $ 100,757,624 | $ 102,611,964 |
| Other contract services | 13,487,443 | 7,125,231 |
| Premium revenue | | 293,273 |
| Other operating revenue | 2,531,491 | 1,789,682 |
| Total operating revenue | 116,776,558 | 111,820,150 |
| OPERATING EXPENSES *(Note 9)*: | | |
| Occupancy | 45,234,848 | 41,689,766 |
| Pharmaceuticals and medical supplies | 32,748,336 | 30,357,796 |
| Professional fees and other contracted services | 17,129,654 | 18,246,879 |
| Depreciation | 7,401,368 | 6,459,469 |
| Office supplies and equipment | 5,332,246 | 2,596,813 |
| UTHealth support services fee | 4,145,365 | 3,862,199 |
| Software | 2,469,216 | 3,335,901 |
| Interest | 2,208,096 | 2,108,556 |
| Bank and credit card fees | 1,698,350 | 1,681,773 |
| Advertising and printing | 1,634,592 | 1,729,313 |
| Insurance | 1,278,598 | 1,190,417 |
| Travel | 1,006,728 | 1,014,819 |
| Employee costs | 48,892 | 100,595 |
| Other | 3,342,395 | 3,090,679 |
| Total operating expenses | 125,678,684 | 117,464,975 |
| Net operating loss | (8,902,126) | (5,644,825) |
| Non-operating revenue: | | |
| Net gain in joint ventures *(Note 5)* | 471,753 | 656,348 |
| Investment return | 12,233,591 | 6,884,125 |
| Total non-operating revenue | 12,705,344 | 7,540,473 |
| CHANGES IN NET POSITION | 3,803,218 | 1,895,648 |
| Net position, beginning of year | 81,148,239 | 79,252,591 |
| Net position, end of year | $  84,951,457 | $  81,148,239 |

*See accompanying notes to financial statements.*

CONFIDENTIAL                                                                                                                                                             UTP000615

## U. T. Physicians

Statements of Cash Flows for the years ended August 31, 2024 and 2023

|  | 2024 | 2023 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Receipts from management fee | $ 101,396,507 | $ 104,192,086 |
| Receipts from premium revenue, net | | 4,584,650 |
| Receipts from other | 17,000,743 | 8,914,913 |
| Transfer NAIP reserve to UTHealth | (77,766,354) | |
| Payments to suppliers | (93,209,460) | (85,943,923) |
| Payments to employees | (48,892) | (100,595) |
| Net cash provided (used) by operating activities | (52,627,456) | 31,647,131 |
| **CASH FLOWS FROM CAPITAL AND RELATED FINANCING ACTIVITIES:** | | |
| Payments for additions to capital assets | (3,298,759) | (16,831,685) |
| Principal payments on lease assets and SBITAs | (23,226,663) | (24,921,955) |
| Net cash used by capital and related financing activities | (26,525,422) | (41,753,640) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of investments | (1,920,538) | (2,617,090) |
| Proceeds from distributions/sales | 50,529,303 | 25,805,551 |
| Investment return | 6,746,097 | 5,618,429 |
| Net cash provided by investing activities | 55,354,862 | 28,806,890 |
| NET CHANGE IN CASH AND CASH EQUIVALENTS | (23,798,016) | 18,700,381 |
| Cash and cash equivalents, beginning of year | 106,735,571 | 88,035,190 |
| Cash and cash equivalents, end of year | $ 82,937,555 | $ 106,735,571 |

*Reconciliation of net operating loss to net cash provided by operating activities:*

|  | | |
|---|---|---|
| Net operating loss | $ (8,902,126) | $ (5,644,825) |
| Adjustments to reconcile income from operations to net cash provided (used) by operating activities: | | |
| Depreciation and amortization | 32,710,378 | 33,390,300 |
| Loss on disposal of capital assets | 549,050 | 408,770 |
| Changes in operating assets and liabilities: | | |
| Prepaid expenses and other assets | 313,349 | 3,978,046 |
| Accounts payable | (3,682,176) | (2,919,629) |
| Lease termination liability (or accrued lease termination) | 3,168,614 | |
| Deferred revenue | 981,809 | |
| NAIP reserve | (77,766,354) | |
| Tenant improvement allowances | | 2,434,469 |
| Net cash provided (used) by operating activities | $ (52,627,456) | $ 31,647,131 |

*Supplemental noncash activities information:*

|  | | |
|---|---|---|
| Net increase (decrease) in fair value of investments | $5,487,494 | $(1,265,696) |
| Assets acquired through leases and SBITAs | $13,643,232 | $12,899,949 |

*See accompanying notes to financial statements.*

– 14 –

**U. T. Physicians**

Notes to Financial Statements for the years ended August 31, 2024 and 2023

**NOTE 1 – ORGANIZATION**

Organization – U. T. Physicians (UTP) is a Texas nonprofit corporation established in 1994 to support the medical group practice of McGovern Medical School at The University of Texas Health Science Center at Houston (UTHealth).  UTP's primary mission is to provide health care to the public and support health care education and research activity, thereby supporting the mission of McGovern Medical School at UTHealth.  Through its clinics, UTP provides McGovern Medical School at UTHealth physicians, students and residents the opportunity to deliver professional medical services to patients.

UTP is a supporting organization of UTHealth and its sole member is the Chief Administrative Officer of UTHealth.  UTP is governed by a five-member board appointed by UTHealth and is a component unit of The University of Texas System.

UTP operates 161 clinics on behalf of UTHealth under a Management Services Agreement (the Management Agreement) and receives a management fee based on UTP's projected costs, including debt service, plus a management overhead fee.  Under the terms of the agreement, UTP provides certain administrative personnel, strategic direction, contract negotiation, utilization review, quality assurance, physician credentialing, human resource management, and marketing services.

Additionally, UTP has entered into an Assignment and Assumption Agreement (the Assignment Agreement) with UTHealth.  Under the Assignment Agreement, all revenue from medical services provided by McGovern Medical School at UTHealth that is billed and collected by UTP on UTHealth's behalf, as well as receipts from the Texas Incentives for Physicians and Professional Services (TIPPS) program, are assigned and delivered by UTP to UTHealth.  In addition, any related receivables are assigned to UTHealth.  As such, these revenues and receivables are not reflected in UTP's financial statements.

UTP participated in the Texas Network Access Improvement Program (the NAIP), a Health and Human Service Commission program from fiscal year 2015 through fiscal year 2022 with minimal run-off activity in 2023 and no activity in 2024.  The NAIP's objective was to improve access to primary care physicians, specifically general practice, family practice, internal medicine, pediatrics, obstetrics, gynecology and behavioral health for Medicaid managed care members.  UTP had reserved $77,766,354 for adjustments if NAIP is considered compensation of services related to uncompensated care.  In fiscal year 2024, UTP transferred the reserves to UTHealth for settlement of any disallowances.

**NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Basis of accounting – These financial statements have been prepared in conformity with the accounting principles and reporting guidelines established by the Governmental Accounting Standards Board (GASB).

Measurement focus and basis of accounting – Measurement focus refers to *what* is being expressed in reporting net position and performance, that is, *which* resources are being measured.  The economic resources measurement focus measures both financial and capital resources.  Basis of accounting refers to *when* those resources and commitments and uses of those resources should be recognized.  It relates to the timing of the measurements made regardless of the measurement focus applied.

– 15 –

UTP000617

UTP is an enterprise fund, as defined by GASB. The financial statements of UTP have been prepared using the economic resources measurement focus and the accrual basis of accounting. Under the accrual basis of accounting, revenue is recognized when it is earned and becomes measurable and expenses are recognized in the period incurred. The focus of economic resources measurement is the determination of operating income, changes in net position, net position and cash flows. The applicable generally accepted accounting principles are similar to those used by businesses in the private sector.

Federal income tax status – UTP is exempt from federal income tax under §501(c)(3) of the Internal Revenue Code and is classified as a public charity under §509(a)(2).

Cash equivalents include highly liquid financial instruments with original maturities of three months or less. It is UTP's policy to exclude items that meet this definition if they are part of an investment pool, which has an investment horizon of one year or greater.

Investments – Investments of UTP, except for joint ventures, are managed by The University of Texas Investment Management Company, UTIMCO, a private investment corporation that provides services exclusively to The University of Texas System. UTP has investments in The University of Texas System Intermediate-Term Fund, which is reported at net asset value. The audited financial statements of the funds managed by UTIMCO may be found on UTIMCO's website and inquiries may be directed to UTIMCO via www.utimco.org. UTP has investments in joint ventures which are reported using the equity basis of accounting. Under this method of accounting, the profits or losses of the joint ventures' operations are recognized based on the percentage ownership in the joint venture. All investments in joint ventures are reported as noncurrent as these investments have an investment horizon extending beyond one year.

Capital assets which include property, plant, and equipment are reported in the government-wide financial statements. The government defines capital assets as assets with an initial, individual cost of more than $5,000 and an estimated useful life in excess of one year. Donated assets are recorded at fair value at the date of donation. The costs of routine repair and maintenance that do not add to the value of the asset or materially extend assets' lives are not capitalized and are expensed as incurred.

Depreciation and amortization of all assets are recorded and calculated using the straight-line method over the following estimated useful lives:

| | |
|---|---|
| Office space | 5 to 30 years |
| Leasehold improvements | 2 to 20 years |
| Computer software | 4 to 5 years |
| Furniture and equipment | 5 to 20 years |

Leases and Subscription-Based IT Arrangements (SBITA) – UTP recognizes a lease/SBITA liability and an intangible right-to-use lease/SBITA asset in the government-wide financial statements for office and clinical space and equipment, and SBITAs, respectively.

At the commencement of a lease or SBITA contract, UTP initially measures the lease/SBITA liability at the present value of payments expected to be made during the contract term. Subsequently, the lease/SBITA liability is reduced by the principal portion of payments made. The lease/SBITA asset is initially measured as the initial amount of the lease/SBITA liability, adjusted for payments made at or before the contract commencement date, plus certain initial direct costs. Subsequently, the lease/SBITA asset is amortized on a straight-line basis over its useful life to occupancy and software costs, respectively.

CONFIDENTIAL

UTP000618

Key estimates and judgments include how UTP determines (1) the discount rate it uses to discount the expected payments to present value, (2) the term, and (3) the payments.

- UTP uses the interest rate charged by the lessor as the discount rate.  When the interest rate charged is not provided, UTP generally uses its estimated incremental borrowing rate as the discount rate.
- The lease term includes the noncancellable period of the arrangement.  Payments included in the measurement of the lease/SBITA liability are composed of fixed payments and purchase option price that UTP is reasonably certain to exercise.  In determining the term, management considers all facts and circumstances that create and economic incentive to exercise an extension option, or not exercise a termination option.  Extension options (or periods after termination options) are only included in the term if the lease/SBITA are reasonably certain to be extended (or not terminated).

UTP monitors changes in circumstances that would require remeasurement of its lease/SBITA and will remeasure the asset and liability if certain changes occur that are expected to significantly affect the amount of the lease/SBITA liability.

Lease/SBITA assets are reported with other capital assets and lease/SBITA liabilities are reported in current and long-term liabilities on the statement of net position.

Payments due under the lease contracts include fixed payments plus variable payments.  For office and clinical space leases that include variable payments, those include payments for UTP's proportionate share of the building's property taxes, insurance, and common area maintenance.  For office equipment leases for which UTP has elected not to separate lease and non-lease components, maintenance services are provided by the lessor at a fixed cost and are included in the fixed lease payments for the single, combined lease component.

Payments under the SBITA contracts include fixed payments.  UTP does not have any variable payment SBITA for fiscal years 2024 and 2023.

Short-term leases and SBITAs with a maximum noncancellable term of 12 months or less, including options to extend regardless of their probability of being exercised, are exempt from GASB 87 and GASB 96.

Net position represents assets and deferred outflows, less liabilities and deferred inflows.  The *net investment in capital assets* component of net position consists of capital assets, net of accumulated depreciation, reduced by any outstanding debt attributable to the acquisition, construction, or improvement of those assets.  Net position is reported as *restricted* when constraints placed on net position are either externally imposed by creditors, grantors, contributors, laws or regulations of other governments, or imposed by law through constitutional provisions or enabling legislation.  All other net position is *unrestricted*.  When UTP has both restricted and unrestricted resources available to fund a particular activity, it is UTP's policy to use restricted resources before unrestricted resources.

Operating revenue and expenses of UTP consist primarily of charges for management fees and net premium revenue and the costs of providing those services, including depreciation.  Non-operating revenue consists of net income from joint ventures and investment return.

Management fee revenue is recognized ratably over the year based on UTP's budgeted cost of operating the clinics.

Other contract service revenue is being recognized as revenue at the time the services are provided.

– 17 –

Premium revenue – UTP had agreements with Managed Care Organizations (MCOs) to provide medical services to subscribing Medicaid participants. Under these agreements, UTP recognized monthly net premium revenue based on the number of Medicaid participants, regardless of services actually performed by UTP, less estimated reserves.

Advertising costs are expensed as incurred. Advertising expense of $843,287 and $779,106 was recognized in 2024 and 2023, respectively.

Estimates – Management must make estimates and assumptions to prepare financial statements in accordance with generally accepted accounting principles. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities, the amounts of reported revenue and expenses, and the allocation of expenses among various functions. Actual results could vary from the estimates that were used.

Annual financial plan – UTP does not adopt an annual appropriated budget; however, the Board of Directors does adopt an annual financial plan. The plan is reviewed by management and the Board of Directors throughout the year to control and enhance UTP's operating results.


**NOTE 3 – NEW ACCOUNTING STANDARDS**

Effective September 1, 2023, UTP adopted the following GASB amendments:

Statement No. 99, *Omnibus 2022*, the final requirements related to financial guarantees and reporting derivative instruments are effective for fiscal years beginning after June 15, 2023. The objectives of this statement are to enhance comparability in accounting and financial reporting and to improve the consistency of authoritative literature by addressing (1) practice issues that have been identified during implementation and application of certain GASB Statements and (2) accounting and reporting for financial guarantees.

Statement No. 100, *Accounting Changes and Error Corrections*, is effective for fiscal years beginning after June 15, 2023, and all reporting periods thereafter. The objective of this statement is to enhance accounting and financial reporting requirements for accounting changes and error corrections to provide more understandable, reliable, relevant, consistent, and comparable information for making decisions or assessing accountability.

There were no significant changes to the financial statements as a result of these adoptions.

The GASB has issued the following statements, which will be effective in future years, as described below. UTP has not yet determined the impact of implementing these new statements.

Statement No. 101, *Compensated Absences*, is effective for fiscal years beginning after December 15, 2023, and all reporting periods thereafter. The objective of this statement is to better meet the information needs of financial statement users by updating the recognition and measurement guidance for compensated absences. That objective is achieved by aligning the recognition and measurement guidance under a unified model and by amending certain previously required disclosures.

Statement No. 102, *Certain Risk Disclosures*, will be implemented as required by GASB during fiscal year ending December 31, 2025. The objective of the statement is to provide users of government financial statements with essential information about risks related to a government's vulnerabilities due to certain concentrations or constraints. This statement defines a concentration as a lack of diversity related

CONFIDENTIAL

to an aspect of a significant inflow of resources or outflow of resources. A constraint is a limitation imposed on a government by an external party or by formal action of the government's highest level of decision-making authority. Concentrations and constraints may limit a government's ability to acquire resources or control spending.

Statement No. 103, *Financial Reporting Model Improvements*, is effective for fiscal years beginning after June 15, 2025. The objective of this statement is to improve key components of the financial reporting model to enhance its effectiveness in providing information that is essential for decision making and assessing a government's accountability. This statement also addresses certain application issues.

Statement No. 104, *Disclosure of Certain Capital Assets*, is effective for fiscal years beginning after June 15, 2025. The objective of this statement is to improve financial reporting by providing users of financial statements with essential information about certain types of capital assets in order to make informed decisions and assess accountability. Additionally, the disclosure requirements will improve consistency and comparability between governments.

## NOTE 4 – CASH, CASH EQUIVALENTS AND INVESTMENTS

Cash, cash equivalents and investments consist of the following at August 31:

|  | 2024 | 2023 | RATING |
|---|---|---|---|
| Demand deposits | $      50,234 | $      76,110 | N/A |
| The University of Texas System Short-Term Fund (STF) | 82,887,321 | 106,659,461 | AAA |
| Total cash and cash equivalents | $  82,937,555 | $ 106,735,571 | |
| The University of Texas System Intermediate-Term Fund (ITF) | $  22,773,911 | $  65,418,630 | Not rated |

As of August 31, 2024 and 2023, investments held by UTIMCO in its ITF on behalf of UTP were $22.8 million and $65.4 million, respectively. The ITF includes investments in fixed-income and equity securities in both domestic and international markets. In addition to traditional exchange-traded equity and fixed-income securities, the portfolio includes marketable alternative investments, hedge funds and various other specialized public market investments. UTP's investments in the ITF are redeemable monthly. Redemption requests from the ITF should be initiated on or before the last business day of the month. ITF transactions will be effective on the first business day of the following month; however, proceeds from ITF redemptions may take up to five business days depending upon the liquidity available in the ITF. For ITF transactions greater than $25.0 million, at least three business days' notice is required.

### *Deposit Risk*

### Custodial Credit Risk

Custodial credit risk for deposits is the risk that, in the event of the failure of a depository financial institution, UTP will not be able to recover deposits or will not be able to recover collateral securities that are in the possession of an outside party. UTP's policy is that all deposits are governed by a bank depository agreement with the respective banking institution. These agreements provide that UTP's deposits, to the extent such deposits exceed the maximum insured limit under deposit insurance provided by the Federal Deposit Insurance Corporation (FDIC), shall at all times be collateralized with government securities.

CONFIDENTIAL                                                                                    UTP000621

The Board of Regents of the University of Texas System (the Board) has entered into Master Depository Agreements with JPMorgan Chase Bank, N.A. (JPMC), Frost Bank (Frost), and U. S. Bank, collectively the Banks.  Under the terms of these agreements, the Banks are to provide assurance for any deposits that exceed the FDIC insurance limit by granting a security interest and pledging securities with an aggregate market value of at least 102.0% of the uninsured deposit with the Federal Reserve Bank with the Board as the pledgee.

JPMC and Frost have pledged securities with a market value of at least 102.0% of the deposits exceeding the FDIC insurance limit at August 31, 2024.  At August 31, 2024, the bank balance of UTP's deposits subject to the Master Depository Agreements held at JPMC were approximately $2.4 million, deposits held at Frost were approximately $12,000.

### Investment Risks

Investment Management Agreement

UTP has an Investment Management Agreement with the Board, the terms of which give the Board the authority to control, manage and invest funds held by UTP.  Pursuant to an agreement between the Board and UTIMCO, the Board has appointed UTIMCO as the investment manager of UTP funds.  UTP has the right to withdraw funds by providing written notice to the Board.  UTP has funds invested at UTIMCO in the STF and the ITF.  The investment return recognized from the investment in these funds is net of the investment management fees.

Credit Risk

Article VII, Section 11b of the Texas Constitution authorizes the Board, subject to procedures and restrictions it establishes, to invest UTP funds in any kind of investment and in amounts it considers appropriate, provided that it adheres to the prudent investor standard.  This standard provides that the Board, in making investments, may acquire, exchange, sell, supervise, manage or retain, through procedures and subject to restrictions it establishes and in amounts it considers appropriate, any kind of investment that prudent investors, exercising reasonable care, skill and caution, would acquire or retain in light of the purposes, terms, distribution requirements and other circumstances of the fund then prevailing, taking into consideration the investment of all of the assets of the fund rather than a single investment.

Concentrations of Credit Risk

UTP's investment policy statement for funds managed by UTIMCO contain the limitation that no more than 5.0% of the market value of fixed-income securities may be invested in corporate or municipal bonds of a single issuer.  At August 31, 2024 and 2023, the funds did not hold any direct investments in any one issuer of corporate or municipal bonds that were 5.0% or more of the market value of the funds' fixed-income investments.

Custodial Credit Risk

Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to a transaction, UTP will not be able to recover the value of its investment or collateral securities that are in the possession of another party.  Texas State statutes and UTP's investment policy statements do not contain legal or policy requirements that would limit the exposure to custodial credit risk for deposits or investments.  At August 31, 2024, UTP did not have any investments that are believed to be exposed to custodial credit risk.

– 20 –

Interest Rate Risk

Interest rate risk is the risk that changes in market interest rates will adversely affect the fair value of an investment. Generally, the longer the maturity of an investment the greater the sensitivity of its fair value to changes in market interest rates. Interest rate risk inherent in UTP's investments is measured by monitoring the segmented time distribution of the investment portfolio. UTP has no specific policy statement limitations with respect to its overall segmented time duration. The table below summarizes UTP's segmented time distribution of investment maturities as of August 31, 2024 in years by investment type.

| AUGUST 31, 2024 | FAIR VALUE | < 1 | YEARS 1 - 5 | 6 - 10 | > 10 |
|---|---|---|---|---|---|
| ITF | $ 22,773,911 | $ 22,773,911 | | | |
| Total | $ 22,773,911 | $ 22,773,911 | $ 0 | $ 0 | $ 0 |

| AUGUST 31, 2023 | FAIR VALUE | < 1 | YEARS 1 - 5 | 6 - 10 | > 10 |
|---|---|---|---|---|---|
| ITF | $ 65,418,630 | $ 65,418,630 | | | |
| Total | $ 65,418,630 | $ 65,418,630 | $ 0 | $ 0 | $ 0 |

Investments with Fair Values That Are Highly Sensitive to Interest Rate Changes

UTP may invest in various mortgage-backed securities, such as collateralized mortgage-backed obligations. UTP also may invest in investments that have floating rates with periodic coupon changes in market rates, zero coupon bonds and stripped treasury and agency securities created from coupon securities. No percentage of holding limitations are specified in the investment policy statements regarding these types of securities.

Foreign Currency Risk

Foreign currency risk is the risk that changes in exchange rates will adversely affect the fair value of UTP's non-U. S. dollar investments. There are no limitations on investments in non-U. S. denominated bonds or common stocks in relation to UTP's total fixed-income and developed country equity exposures in UTP's investment policy statements.

**NOTE 5 – INVESTMENTS IN JOINT VENTURES**

UTP has entered into joint venture agreements to foster the expansion of the faculty practice and remain competitive relative to other multi-specialty physician groups. The joint ventures are TMC Holding Company, LLC (TMC) and Physicians Dialysis of Houston, LLP (PDI). The activity in these joint ventures is as follows:

| | TMC | PDI | TOTAL |
|---|---|---|---|
| Balance at August 31, 2022 | $ 180,271 | $ 713,564 | $ 893,835 |
| Capital distributions | (25,656) | (779,895) | (805,551) |
| Net gain | 27,041 | 629,307 | 656,348 |
| Balance at August 31, 2023 | 181,656 | 562,976 | 744,632 |
| Capital distributions | (146,833) | (489,795) | (636,628) |
| Net gain (loss) | (34,823) | 506,576 | 471,753 |
| Balance at August 31, 2024 | $ 0 | $ 579,757 | $ 579,757 |

– 21 –

UTP000623

TMC is a joint venture formed to operate Memorial Hermann Surgery Center Texas Medical Center, LLP, which provides specialty outpatient services in the Texas Medical Center area.  UTP had an 18.1% ownership interest in TMC which was sold in December 2023.

PDI is a joint venture formed to own and operate outpatient dialysis facilities and home dialysis programs in the Houston metropolitan area.  UTP has a 35.6% ownership interest in PDI.  UTP has guaranteed on the future lease payments owed under PDI's leases on the outpatient dialysis facilities of approximately $0.1 million.

## NOTE 6 – CAPITAL ASSETS

UTP's investments in capital assets consist of the following as of August 31, 2024:

| | BEGINNING BALANCE | ADDITIONS | COMPLETIONS/ DISPOSALS | ENDING BALANCE |
|---|---|---|---|---|
| **Depreciable capital assets:** | | | | |
| Leasehold improvements | $ 41,940,836 | $ 1,086,014 | $(3,516,705) | $ 39,510,145 |
| Furniture and equipment | 26,294,614 | 2,212,745 | (1,472,931) | 27,034,428 |
| Computer software | 7,979,845 | | (645,961) | 7,333,884 |
| Total depreciable capital assets | 76,215,295 | 3,298,759 | (5,635,597) | 73,878,457 |
| Accumulated depreciation: | | | | |
| Leasehold improvements | (13,900,660) | (4,178,012) | 3,506,378 | (14,572,294) |
| Furniture and equipment | (11,907,282) | (2,224,834) | 1,252,902 | (12,879,214) |
| Computer software | (5,746,363) | (998,522) | 645,960 | (6,098,925) |
| Total accumulated depreciation | (31,554,305) | (7,401,368) | 5,405,240 | (33,550,433) |
| **Total depreciable capital assets, net** | 44,660,990 | (4,102,609) | (230,357) | 40,328,024 |
| **Lease assets:** | | | | |
| Land | 2,395,557 | | | 2,395,557 |
| Building | 183,459,982 | 13,643,232 | (11,800,829) | 185,302,385 |
| Office equipment | 800,168 | | (800,168) | |
| Lease assets being amortized | 186,655,707 | 13,643,232 | (12,600,997) | 187,697,942 |
| Less accumulated amortization: | | | | |
| Land | (195,113) | (65,038) | | (260,151) |
| Building | (54,226,971) | (23,830,787) | 11,482,136 | (66,575,622) |
| Office equipment | (765,780) | (34,388) | 800,168 | |
| Total accumulated amortization | (55,187,864) | (23,930,213) | 12,282,304 | (66,835,773) |
| **Total lease assets being amortized, net** | 131,467,843 | (10,286,981) | (318,693) | 120,862,169 |
| **Subscription-Based IT Arrangements** | 5,787,685 | | | 5,787,685 |
| Total accumulated amortization | (1,940,320) | (1,378,797) | | (3,319,117) |
| **Total SBITAs being amortized, net** | 3,847,365 | (1,378,797) | | 2,468,568 |
| **Total depreciable and amortizable capital assets** | 179,976,198 | (15,768,387) | (549,050) | 163,658,761 |
| **Non-depreciable capital assets:** | | | | |
| **Construction in progress** | 533,235 | 165,273 | (5,197) | 693,311 |
| **Capital assets, net** | $ 180,509,433 | $ (15,603,114) | $ (554,247) | $ 164,352,072 |

– 22 –

UTP's investments in capital assets consist of the following as of August 31, 2023:

| | BEGINNING BALANCE, AS RESTATED | ADDITIONS | COMPLETIONS/ DISPOSALS | ENDING BALANCE |
|---|---|---|---|---|
| **Depreciable capital assets:** | | | | |
| Leasehold improvements | $ 31,153,335 | $11,950,340 | $(1,162,839) | $ 41,940,836 |
| Furniture and equipment | 22,985,889 | 4,348,112 | (1,039,387) | 26,294,614 |
| Computer software | 8,267,999 | | (288,154) | 7,979,845 |
| Total depreciable capital assets | 62,407,223 | 16,298,452 | (2,490,380) | 76,215,295 |
| Accumulated depreciation: | | | | |
| Leasehold improvements | (11,320,886) | (3,411,255) | 831,481 | (13,900,660) |
| Furniture and equipment | (10,911,034) | (1,968,549) | 972,301 | (11,907,282) |
| Computer software | (4,954,852) | (1,079,665) | 288,154 | (5,746,363) |
| Total accumulated depreciation | (27,186,772) | (6,459,469) | 2,091,936 | (31,554,305) |
| **Total depreciable capital assets, net** | 35,220,451 | 9,838,983 | (398,444) | 44,660,990 |
| **Lease assets:** | | | | |
| Land | 2,395,557 | | | 2,395,557 |
| Building | 191,632,258 | 3,664,476 | (11,836,752) | 183,459,982 |
| Office equipment | 1,183,862 | | (383,694) | 800,168 |
| Lease assets being amortized | 195,211,677 | 3,664,476 | (12,220,446) | 186,655,707 |
| Less accumulated amortization: | | | | |
| Land | (130,075) | (65,038) | | (195,113) |
| Building | (36,843,880) | (24,598,219) | 7,215,128 | (54,226,971) |
| Office equipment | (822,220) | (327,254) | 383,694 | (765,780) |
| Total accumulated amortization | (37,796,175) | (24,990,511) | 7,598,822 | (55,187,864) |
| **Total lease assets being amortized, net** | 157,415,502 | (21,326,035) | (4,621,624) | 131,467,843 |
| **Subscription-Based IT Arrangements** | | 5,787,685 | | 5,787,685 |
| Total accumulated amortization | | (1,940,320) | | (1,940,320) |
| **Total SBITAs being amortized, net** | | 3,847,365 | | 3,847,365 |
| **Total depreciable and amortizable capital assets** | 192,635,953 | (7,639,687) | (5,020,068) | 179,976,198 |
| **Non-depreciable capital assets:** | | | | |
| **Construction in progress** | 10,328 | 533,235 | (10,328) | 533,235 |
| **Capital assets, net** | $ 192,646,281 | $(7,106,452) | $(5,030,396) | $ 180,509,433 |

As of August 31, 2024, UTP has committed to approximately $4.3 million for leasehold improvements to clinic offices. As of August 31, 2024, UTP has not committed for SBITAs that had not yet commenced.

## NOTE 7 – LEASES AND SUBSCRIPTION-BASED IT ARRANGEMENTS

UTP is responsible for providing clinical space for UTHealth physicians. To meet this commitment, UTP has executed lease agreements for outreach clinic sites at various locations throughout Houston, and has an agreement with UTHealth for the use of ambulatory care clinics located in UTHealth's professional building. UTP also leases administrative office space and office equipment.

CONFIDENTIAL

UTP000625

UTP is committed under three SBITAs. The weighted-average remaining subscription term is 35 years and the weighted-average discount rate is 3.50%. The weighted-average remaining subscription term is 35 years as of both August 31, 2024 and 2023 and the weighted-average discount is 3.5% and 3.12% as of August 31, 2024 and 2023, respectively.

UTP uses a discount rate that approximates its incremental borrowing rates, based on The University of Texas System's U. S. dollar-denominated, unsecured (uncollateralized) fixed rate, tax-exempt bonds compiled and valued by Bloomberg, which is done on a quarterly basis.

The future lease payments under lease agreements are as follows:

UNDISCOUNTED CASH FLOWS DUE

| | SBITAS | | LEASES | | |
|---|---|---|---|---|---|
| | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST | TOTAL |
| 2025 | $ 1,299,441 | $ 19,988 | $ 23,034,370 | $ 2,121,144 | $ 26,474,943 |
| 2026 | 879,063 | 5,581 | 22,099,026 | 1,781,037 | 24,764,707 |
| 2027 | | | 19,905,635 | 1,464,986 | 21,370,621 |
| 2028 | | | 12,838,392 | 1,200,869 | 14,039,261 |
| 2029 | | | 9,338,476 | 992,669 | 10,331,145 |
| 2030-2034 | | | 32,811,054 | 2,575,715 | 35,386,769 |
| 2035-2039 | | | 6,995,867 | 807,957 | 7,803,824 |
| 2040-2044 | | | 4,402,763 | 327,768 | 4,730,531 |
| 2045-2049 | | | 576,866 | 94,267 | 671,133 |
| 2050-2054 | | | 419,233 | 49,642 | 468,875 |
| 2055-2059 | | | 257,756 | 7,941 | 265,697 |
| Total undiscounted cash flows | $ 2,178,504 | $ 25,569 | $ 132,679,438 | $ 11,423,995 | 146,307,506 |
| Less present value discount | | | | | (11,449,564) |
| Total present value of lease liabilities | | | | | $ 134,857,942 |

A summary of the changes in the lease liabilities during the year ended August 31, 2024 is as follows:

| | SBITAS | LEASES | TOTAL |
|---|---|---|---|
| Beginning balance | $ 3,549,720 | $ 140,891,653 | $ 144,441,373 |
| Additions | | 14,331,942 | 14,331,942 |
| Payments | (1,371,216) | (21,987,512) | (23,358,728) |
| Deductions | | (556,645) | (556,645) |
| Total | $ 2,178,504 | $ 132,679,438 | $ 134,857,942 |

A summary of the changes in the lease liabilities during the year ended August 31, 2023 is as follows:

| | SBITAS | LEASES | TOTAL |
|---|---|---|---|
| Beginning balance | | $ 162,098,322 | $ 162,098,322 |
| Additions | $ 5,776,921 | 7,107,493 | 12,884,414 |
| Payments | (2,227,201) | (22,311,600) | (24,538,801) |
| Deductions | | (6,002,562) | (6,002,562) |
| Total | $ 3,549,720 | $ 140,891,653 | $ 144,441,373 |

CONFIDENTIAL                                                                      UTP000626

## NOTE 8 – COMMITMENTS AND CONTINGENCIES

*Insurance* – UTP purchases professional and general liability insurance to cover any claims arising in the ordinary course of business.  There are known incidents that may result in the assertion of claims, as well as claims from unknown incidents that may be asserted arising from services provided.  Management does not expect such claims to have a material adverse effect on UTP's net position.

*Contingencies* – UTP collects patient revenues on behalf of UTHealth for medical services rendered by UTHealth physicians.  Additionally, UTP participated in contracts with MCOs to provide services to patients under the NAIP.  The health care industry is subject to numerous laws and regulations of federal, state and local governments.  These laws and regulations include, but are not necessarily limited to, matters such as licensure, accreditation, government health care program participation requirements, reimbursement for patient services, and Medicare and Medicaid fraud and abuse.

Government activity has continued with respect to investigations and allegations concerning possible violations of fraud and abuse statutes and regulations by health care providers.  Violations of these laws and regulations could result in expulsion from government health care programs together with the imposition of significant fines and penalties, as well as significant repayments for patient services previously billed.  Management believes that, to the best of its knowledge, UTP is in compliance with government laws and regulations, and where variances have been found, corrective action has been implemented.  Compliance with such laws and regulations can be subject to future government review and interpretation, as well as regulatory actions; however, any such review or actions are unknown at this time.

Under the Assignment Agreement, UTHealth is responsible for billing and collection personnel, processing of patient billing and collections, ensuring the accuracy of bills and compliance with applicable laws, regulations, and standards regarding billing and collections and the fees associated with the third-party billing and collection services.  UTP's management has no reason to believe that billing and collection activities conducted in UTP's name are not in compliance with applicable laws, regulations, and standards and UTP's management is not aware of any significant pending or threatened governmental investigation involving allegations of wrongful billing or collection in the name of UTP.

## NOTE 9 – RELATED PARTY TRANSACTIONS

UTP and UTHealth have entered into the following agreements:

*Management Agreement* – UTHealth pays UTP a management fee for operating the clinics.  The Management Agreement provides for fees to cover operating costs and an additional overhead fee up to 10.0% of operating costs, but no less than $10,000.  Fees earned and amounts due to and from UTHealth under the agreement for the year ended August 31, 2024 and 2023 are as follows:

|  | 2024 | 2023 |
|---|---|---|
| Management fee revenue | $100,757,624 | $102,611,964 |
| Due from UTHealth for unpaid management fees | $11,059,125 | $7,385,086 |

Amounts due from UTHealth are netted against amounts owed to UTHealth and are reported as accounts payable to UTHealth in the Statement of Net Position.

CONFIDENTIAL

UTP000627

***Assignment Agreement*** – UTP bills and collects patient and TIPPS revenue on behalf of UTHealth.  The Assignment Agreement provides for the transfer of all patient and TIPPS revenues and fees collected on behalf of UTHealth and the reimbursement of collection fees paid by UTP on behalf of UTHealth.

Collections transferred and amounts due to and from UTHealth under this agreement for the year ended August 31, 2024 and 2023 are as follows:

|  | 2024 | 2023 |
|---|---|---|
| Patient revenue billed, collected and remitted to UTHealth | $540,612,966 | $511,096,633 |
| Payable to UTHealth for collections of patient service | $49,637,367 | $47,578,718 |
| Billing and collection fees reimbursed to UTP by UTHealth | $1,072,937 | $3,435,731 |
| TIPPS revenue billed, collected and remitted to UTHealth | $92,879,571 | $133,452,726 |

***The NAIP*** – UTP and UTHealth have entered into agreements for the payment of the non-federal portion of the NAIP rate component and for the reimbursement to UTHealth for costs incurred in the provision of services under the NAIP agreements.  Amounts reimbursed and amounts due to and from UTHealth under these agreements for the year ended August 31, 2024 and 2023 are as follows:

|  | 2024 | 2023 |
|---|---|---|
| Due to UTHealth for costs incurred | $1,192,530 | $316,667 |

***Services Agreement*** – UTP entered into a Services Agreement with UTHealth to provide the following services:

- Treasury management
- Procurement
- Capital asset management
- Lease administration
- Payroll processing
- Institutional overhead assessment
- Risk management, insurance and loss prevention services
- Accounts payable
- Legal services
- Human resources
- Internal audit
- General accounting, budgeting, and financial reporting
- Information systems support for software applications utilized by UTP

Amounts paid under this agreement for the year ended August 31, 2024 and 2023 are as follows:

|  | 2024 | 2023 |
|---|---|---|
| Support service fees | $4,436,645 | $3,852,199 |
| Auxiliary service fees | $8,861,283 | $10,261,206 |
| Office rent | $5,924,705 | $6,165,295 |
| Due to UTHealth for miscellaneous costs | $1,370,402 | $1,625,141 |

CONFIDENTIAL

UTP000628