# EXHIBIT 1

Docusign Envelope ID: EF620C9B-BAAB-4A99-9A0E-C17816B8567F

# SERVICES AGREEMENT
# BETWEEN
# THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON
# AND
# U.T. PHYSICIANS

This Services Agreement ("Agreement") is made and entered into on September 1, 2024 ("Effective Date"), by and between U.T. Physicians ("UTP"), a not-for-profit healthcare corporation organized under the laws of the State of Texas, with its principle office located at 6410 Fannin Street, Houston, Texas 77030 and The University of Texas Health Science Center at Houston ("UTHealth"), a state institution of higher education, governed by the Board of Regents of The University of Texas System.

WHEREAS, UTP is in need of certain administrative services; and

WHEREAS, UTHealth is competent to provide such services and desires to make personnel available to work with UTP and its staff.

NOW, THEREFORE, UTHealth and UTP agree that the following terms, conditions, and limitations shall govern this Agreement.

1. **Responsibilities of UTHealth**

    UTHealth shall make available personnel to perform certain administrative services including, but not limited to the following:

    a. Information system support for PeopleSoft FMS including general ledger, budget, accounts receivable, procurement, e-procurement, accounts payable, and asset management modules as well as ImageNow/eform processing, and HCM modules associated with biweekly employees ($344,249.00).

    b. Help Desk Services/Customer Support – provide first-level support to UTP personnel (including clinical) between the hours of 7 am – 6 pm, Monday through Friday. Provide additional on-site support for after operating hours, requires the addition of 2 Helpdesk staff for evenings (until 11 pm) and weekends (8 am – 5 pm). ($318,199.00)

    c. Treasury Management ($125,000.00)
        i. Oversight of banking services
        ii. Fund (ITF & STF) management
        iii. Investment return maximization
        iv. Petty cash/change fund management
        v. Treasury reporting
        vi. Manage treasury control environment
        vii. Coordinate PCI compliance

    d. General Accounting / Budget & Financial Reporting ($155,000.00)
        i. Management of PeopleSoft general ledger module including account set up, close-out, report generation

UTP000046

        ii.      Review/approval of all non-accounts payable journal transactions
        iii.     Reconcile bank accounts
        iv.     Coordinate credit card merchant accounts
        v.      Provide/manage budget collection – HCM
        vi.     Produce 1099s

e. Procurement ($421,280.00)
   i. Management of PeopleSoft procurement/eprocurement modules
   ii. eCatalogue management
   iii. Requisition/purchase order facilitation/management
   iv. Supply chain management
   v. Contract negotiation – materials/supplies
   vi. Vendor management
   vii. Procurement training
   viii. Spend analytics – contract management

f. Accounts Payable ($301,384.00)
   i. Audit payment support
   ii. Process payments
   iii. Distribute payment/support
   iv. Generate/reconcile 1099 reporting
   v. Maintain/reconcile/close accounts payable module
   vi. Process/distribute refunds

g. Capital Asset Management ($110,000.00)
   i. Identify/tag capital assets
   ii. Conduct perpetual inventory
   iii. Manage capital asset inventory system
   iv. Dispose of surplus property
   v. Maintain/reconcile/close capital asset module
   vi. Financial reporting for capital assets

h. Legal Services ($364,607.00)
   i. Contract / Real Estate transaction review
   ii. Health Insurance Portability and Accountability Act Support
   iii. Healthcare Risk Management
   iv. Labor and employment guidance
   v. Subpoena assistance

i. Human Resources ($745,681.00)
   i. Provide talent acquisition services
   ii. Provide on-boarding services for UTHealth clinical personnel
   iii. Provide access to TRC – online training

j. Payroll/Benefits ($60,000.00)
   i. Provide time and labor analysis/processing
   ii. Provide employee benefit orientation/support

k. Internal Audit ($95,000.00)
   i. Provide audit and advisory services as directed by institutional administration

l. Safety, Health, Environmental & Risk Management ($848,720.00)
   i. Occupational Health
      - Employee Onboarding
        - Past medical history
        - Immunization review and update
        - Tuberculosis screening
        - Respiratory clearance
      - Reoccurring events
        - Respiratory clearance
        - Tuberculosis screening-high risk only
      - Post-exposure follow-up
        - Blood borne pathogens
        - Other communicable diseases
   ii. Risk Management
      - Claims management
      - Negotiating premiums and interfacing with insurance broker
      - Neogiating insurance terms on UTP lease contract in conjunction with UTP legal representative
      - Loss prevention activities
      - Data collection/retained loss analysis
   iii. Environment, Health and Safety
      - Employee orientation and training regarding environment health and safety issues
      - Assistance with radiation safety permitting and any amendments thereto
      - Perform radiation safety surveys, as applicable
      - Perform routing fire and life safety surveillance (i.e., the presence and operability of fire extinguishers)
      - Provide assistance during any inspection by Federal, State, or other regulatory bodies
      - Provide disposal for chemical, biological, or radioactive wastes
      - Assist with emergency preparedness and response
        - Provide access to Safety Data Sheets ("SDS")
      - Perform exhaust hood operational checks, including minimum flow verification
      - Perform indoor air quality evaluations
      - Perform asbestos monitoring and notification of results
      - Address UTP employee environmental health and safety concerns such as reproductive health relating to certain exposures
      - Provide template regulatory documents to be completed by UTP as necessary
      - Perform injury/exposure investigations and conduct intervention programs. Track injury/exposure incidents

Docusign Envelope ID: EF620C9B-BAAB-4A99-9A0E-C17816B8567F

UTP000048

- Perform College of American Pathologist ("CAP") and Clinical Laboratory Improvement Act ("CLIA") program oversight and compliance activities including:
    - Provide general administration and oversight of the CLIA certificates at all applicable UTP clinics
    - Provide quality control monitoring services as requested for CLIA certificates for laboratory testing, necessary for some UTP clinics
    - Administrate CAP proficiency testing and manage all associated paperwork
    - Maintain a list of waived and moderate tests utilized at UTP clinics
    - Assist with the standardization of point of care equipment and devices used in UTP clinics
- Enact the University Emergency Management Plan as it pertains to UTP during emergencies and provide template local emergency plans for the various UTP offices and clinics
- Provide surge capacity safety services in times of community based disease outbreaks that affect UTP clinic operations
- Perform routine surveillance and monitoring of UTP clinics to identify potential environmental health and safety concerns and notify UTP as appropriate; and
- Perform loss prevention (facility condition) assessment at UTP clinics.

The parties acknowledge and agree that the following services are specifically excluded from this Agreement (list is not all inclusive)"

- Fee for licenses, certifications, and registrations
- Medical physicist evaluations of X-Ray units and shielding design
- Cost of protective equipment and waste (sharps) containers
- Insurance premiums
- Facility related costs, such as licensed contractor required testing of fire suppression and detection systems
- Asbestos and/or lead abatement costs
- Any repairs to correct problems identified by University
- Cost of maintaining CLIA certificates; and
- Cost for recovery from spills (e.g., persistent contamination)

m. UTP (Med School) Finance ($471,900.00) – Support includes 50% of Senior Associate Dean for Finance and Finance Director, 100% of Sr. Financial Analyst, and 100% of Administrative Coordinator.
   i.   To provide guidance in all accounting and financial reporting issues
   ii.  To coordinate and manage the annual budget process, including manage, audit, and submit the date to date journal entries and budget journals for the organization

Docusign Envelope ID: EF620C9B-BAAB-4A99-9A0E-C17816B8567F

    iii.    Analyze and process all UTP non-POs, to invoice and make deposits for certain areas, to perform monthly financial reporting at the department and clinic level

    iv.    Audit and reconcile all operational activities each month

    v.    Coordinate with the various taxing entities for all UTP tax renditions and exemptions, to file the franchise and 990 tax forms annually, to coordinate and work closely with external auditors on the annual financial audit, and to manage and oversee the annual insurance renewal.

**2.    Compensation**

UTP shall compensate UTHealth in the amount of $4,361,020.00 during the term of this Agreement. Such amount shall be payable in equal monthly installments of $363,418.33. The initial payment shall be due the first of September and each subsequent payment shall be due on or before the first day of each subsequent month.

**3.    Term and Termination**

This Agreement shall become effective as of the Effective Date and shall continue through

August 31, 2025, or until terminated as provided for below.

This Agreement may be terminated prior to its expiration date as follows:

a. on a date mutually agreed to in writing by both parties;
b. by either party, without cause, by giving thirty (30) days prior written notice to the other party; or
c. upon default, provided that the non-defaulting party gives written notice of the default to the other party and such party fails to cure the default within a period of sixty (60) after receipt of written notice from the non-defaulting party.

**4.    Miscellaneous Provisions**

    4.1    Independent Contractor

For the purposes of this Agreement and all services to be provided hereunder, the parties shall be, and shall be deemed to be, independent contractors and not agents or employees of the other party. Neither party shall have authority to make any statement, representation, commitment, or take action of any kind which shall be binding on the other party, except as may be expressly provided for herein or in writing.

    4.2    Amendment

No amendment to this Agreement shall be valid unless reduced to writing and signed by both parties.

    4.3    Compliance

Both parties shall comply with all Federal and State regulations and laws related to all services that it provides.

Docusign Envelope ID: EF620C9B-BAAB-4A99-9A0E-C17816B8567F

4.4 Assignment

Neither party shall voluntarily or by operation of law, assign or otherwise transfer the obligations incurred on its part pursuant to the terms of this Agreement without the prior written consent of the other party. Any attempted assignment or transfer by either party of its obligations without such consent shall be void.

4.5 Hold Harmless

UTP shall indemnify and hold UTHealth, The University of Texas System, their regents, officers, agents, and employees harmless from liability resulting from the negligent acts or omissions of UTP, its directors, offices, agents, and employees.

UTHealth, to the extent authorized by the Constitution and laws of the State of Texas, shall indemnify and hold UT Physicians, it directors, officers, and agents harmless from liability resulting from the negligent acts and omissions of UTHealth, its officers, agents, and employees.

4.6 Notices

All notices which are, or may be required to be given by any party to the other party in connection with this Agreement, shall be in writing and shall be deemed to have been properly given if and when delivered personally or sent by certified mail, return receipt requested, addressed to the parties to be notified, or at such other place or places as a party may from time to time designate by written notice to the other party.

| | |
|---|---|
| To University: | The University of Texas Health Science Center at Houston<br>7000 Fannin Street, Suite 1719<br>Houston, Texas 77030<br>Attn: Michael Tramonte |
| With a copy to: | The University of Texas Health Science Center at Houston<br>Office of Legal Affairs<br>7000 Fannin Street, Suite 1460<br>Houston, Texas 77030 |
| To UTP: | UT Physicians<br>6410 Fannin Street, Suite 1500<br>Houston, Texas 77030<br>Attn: Andrew Casas |

4.7 Governing Law

This Agreement shall be governed in all respects by the laws of the State of Texas. The invalidity or unenforceability of any terms or conditions hereof shall in no way affect the validity or enforceability of any other terms or conditions.

4.8    Entire Agreement

This Agreement represents the entire and only agreement between the parties relating to the Program, and supersedes any and all discussions, negotiations, and representations of any kind and represents the entire understanding of the parties hereinabove mentioned.

| THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON | U.T. PHYSICIANS |
|---|---|
| By: _*T. Kevin Dillon* (signature)_ <br> T. Kevin Dillon <br> Sr. Executive Vice President, Chief Operating Officer | By: _*Cynthia Huchlefeld* (DocuSigned)_ <br> Cynthia Huchlefeld <br> Associate Vice President, Business Operations |

APPROVED AS TO LEGAL FORM
on behalf of UTHealth
By: dsl 7/18/2024

Docusign Envelope ID: FDE650B5-D15C-4FF2-9B8C-253EEB9DE3C4

# THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON
# AND
# U.T. PHYSICIANS

## AMENDMENT NUMBER 1 – SERVICES AGREEMENT

This Amendment Number 1 ("Amendment") to the Services Agreement ("Agreement") is entered into effective the 1st day of September 2024, by and between The University of Texas Health Science Center at Houston ("UTHealth") and U.T. Physicians ("UTP"). UTHealth and UTP shall be known collectively as "the Parties" and singularly as "a Party" or "the Party."

WHEREAS, the Parties previously entered into an Agreement effective September 1, 2024, whereby UTHealth would provide certain administrative services for UTP; and,

WHEREAS, the Parties now desire to amend the terms of the Agreement,

NOW, THEREFORE, the Parties agree as follows:

1. Section 1.i. shall be deleted in its entirety and replaced with the following:

    i. Human Resources ($1,145,681.00)
        i. Provide talent acquisition services
        ii. Provide on-boarding services for UTHealth clinical personnel
        iii. Provide access to TRC – online training
        iv. Use port of the Indeed contract for recruitment for clinical locations

2. Section 2 shall be deleted in its entirety and replaced with the following:

    UTP shall compensate UTHealth in the amount of $4,761,020.00 during the term of this Agreement. Such amount shall be payable in equal monthly installments of $396,751.67. The initial payment shall be due on the first of September and each subsequent payment shall be due on or before the first day of each subsequent month.

Except as provided for herein, all other terms and conditions of the Agreement dated September 1, 2024, shall remain in full force and effect.

IN WITNESS WHEREOF, the Parties have executed this Amendment in duplicate copies, each of which shall be deemed an original, to be effective as of the date written above.

U.T. PHYSICIANS

By: *Cynthia Huehlefeld* (Signed by)
Cynthia Huehlefeld
Associate Vice President,
Business Operations

Date: 9/26/2024 | 10:53 AM CDT

THE UNIVERSITY OF TEXAS HEALTH SCIENCE AT HOUSTON

By: *T. Kevin Dillon*
T. Kevin Dillon
Senior Executive Vice President, Chief Operating Officer

Date: 09/25/2024

APPROVED AS TO LEGAL FORM
on behalf of UTHealth
By: dsl 9/25/2024

UTP000053