United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01574 |
| | § | |
| THE UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on August 19, 2026 (Doc. #124) and Defendant UT Physicians' ("UTP") Objections (Doc. #125). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

The Court finds that the State's immunity from suit under the False Claims Act ("FCA") does not extend to UTP, and the court has subject matter jurisdiction over Relator's FCA claims against UTP in this action. As a result, UTP's Motion to Dismiss (Doc. #107) is hereby DENIED.

It is so ORDERED.

SEP 08 2026
Date

The Honorable Alfred H. Bennett
United States District Judge